OPINION — AG — ** AFTER FORMER CONVICTION — FIREARMS ** A FELON CONVICTED OF A FEDERAL CRIME MAY NOT, BY VIRTUE OF 21 O.S. 1283 [21-1283], CARRY FIREARMS EVEN THOUGH THAT FELON HAS APPLIED FOR AND RECEIVED RELIEF FROM FEDERAL DISABILITIES UNDER THE PROVISIONS OF 18 U.S.C.A. 925(C), FOR THE FEDERAL PROCEDURE DOES NOT REMOVE DISABILITIES IMPOSED BY STATE LAW. (WEAPONS, CARRYING, FIREARMS, CONCEALED, MOTOR VEHICLE, CRIMES, FELONY) CITE: 21 O.S. 1283 [21-1283],18 U.S.C.A. 925(C) (NEAL LEADER)